LOUISE P. HARING ET AL., RESPONDENTS, v. CHARLES W. BANKS, APPELLANT.

Argued October 22, 1929—Decided May 19, 1930.

For the respondents, *Coult, Satz & Tomlinson.*

For the appellant, *William P. Braun.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, BLACK, CAMPBELL, LLOYD, CASE, BODINE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.